

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00201-CV

_____

SOLOY, L.L.C., Appellant

V.

ANKE MONTGOMERY, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF MARK MONTGOMERY, DECEASED;
AND EAGLEMED, L.L.C., Appellees

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-267462-13

Before Birdwell, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered the parties' "Agreed Motion to Dismiss Appeal Against the Montgomery Appellee with Prejudice." We grant the motion and dismiss with prejudice the appeal against appellee Anke Montgomery only, in both her individual and personal representative capacities. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). The cause number will now be styled "*Soloy, L.L.C. v. EagleMed, L.L.C.*"

Per Curiam

Delivered: January 10, 2019